## JACKSON v. THE STATE.

21 171
Case 1
o157 537

CRIMINAL LAW AND PRACTICE.—The record, on appeal in a criminal case upon indictment, should show that a grand jury was duly empannelled, and that the indictment was duly found by such jury, and returned by them into Court.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—Indictment for retailing. Motion to quash overruled. Trial, conviction, and judgment over a motion in arrest.

It does not appear that any grand jury was empannelled, or that the indictment was found and returned into Court by a grand jury.

The judgment below is reversed.

*N. W. Gordon* and *H. D. Thompson*, for the appellant.